UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE B. MURRAY,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | Case No. 18-cv-03490-HSG (PR)<br><br>**JUDGMENT** |

    This action is dismissed because this court lacks authority to entertain a second or successive petition until the court of appeals authorizes such a petition to be filed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/18/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge